IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP SADOWSKI,<br><br>Defendant. | MJ 15-43-M-JCL<br><br>ORDER |

Upon the motion of the United States, IT IS HEREBY ORDERED the complaint in this case is DISMISSED, and the arrest warrant is QUASHED.

DATED this 10th day of May, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge